**DISMISS and Opinion Filed November 14, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00864-CV**
_____

**THB CONSTRUCTION, LLC, Appellant**

**V.**

**CLARK RIDGE CANYON, LTD. AND HENRY BUILDING, INC., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09922**

**MEMORANDUM OPINION**

Before Chief Justice Burns, Justice Reichek, and Justice Goldstein
Opinion by Justice Reichek

Before the Court is appellant's November 1, 2022 motion requesting dismissal

of the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220864F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THB CONSTRUCTION, LLC,
Appellant

No. 05-22-00864-CV     V.

CLARK RIDGE CANYON, LTD.
AND HENRY BUILDING, INC.,
Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-09922.
Opinion delivered by Justice
Reichek. Chief Justice Burns and
Justice Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees CLARK RIDGE CANYON, LTD. AND HENRY BUILDING, INC. recover their costs of this appeal from appellant THB CONSTRUCTION, LLC.

Judgment entered November 14, 2022